IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LISA GREEN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:14-cv-00656-SRB ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## O R D E R

On July 30, 2015, the Court heard oral arguments on *Plaintiff's Social Security Brief,* filed February 10, 2015, [Doc. #14]; and *Defendant's Reply Brief,* filed May 27, 2015, [Doc. #20]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

Dated: July 31, 2015

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE